Label Matrix for local noticing
0416-1
Case 26-15559
District of Maryland
Baltimore
Tue Nov 3 09:00:44 EST 2026

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

West 11 LLC
C/O Tess Law LLC
2833 Smith Ave.
#138
Baltimore, MD 21209-1426

Affirm, Inc.
650 California St Fl 12
San Francisco, CA 94108-2716

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Armstrong Cable
437 North Main St
Butler, PA 16001-4358

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

(p)STATE OF MARYLAND CENTRAL COLLECTION UNIT
ATTN OFFICE OF THE ATTORNEY GENERAL
300 W PRESTON ST RM 407
BALTIMORE MD 21201-2309

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-5299

Chase Card Services
Po Box 15369
Wilmington, DE 19850-5369

Citibank/Sears
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Citibank/Sears
Po Box 6217
Sioux Falls, SD 57117-6217

Comenity Bank/Torrid
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Torrid
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/Zales
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Zales
Po Box 182120
Columbus, OH 43218-2120

Comenity Bk/Ulta
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218-2273

Comenity Bk/Ulta
Po Box 182120
Columbus, OH 43218-2120

ComenityCapital/Boscov
Attn: Bankruptcy Dept
Po Box 183003
Columbus, OH 43218-3003

ComenityCapital/Boscov
Po Box 182120
Columbus, OH 43218-2120

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Cory Strevig
424 Pylesville Rd
Pylesville, MD 21132-1333

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Credit Collection Services
Po Box 607
Norwood, MA 02062-0607

(p)MARYLAND TRANSPORTATION AUTHORITY
2310 BROENING HIGHWAY
BALTIMORE MD 21224-6673

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176-0379

Goldman Sachs Bank USA
Lockbox 6112
Philadelphia, PA 19170-0001

Happen Bank, National Association
88 Kearny Street, Suite 600
San Francisco, CA 94108-5530

Harford County
c/o County Attorney
220 S Main St
Bel Air, MD 21014-3820

Harford County Maryland
Department of Law
220 S Main St 3rd Floor
Bel Air, MD 21014-3820

Harford County, Maryland
Attn: Treasury Department
220 S. Main Street
Bel Air, MD 21014-3820

Internal Revenue Service
ATTN: INSOLVENCY UNIT
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, Llc
200 14th Avenue East
Sartell, MN 56377-4500

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

Lending Club
88 Kearny Street
San Francisco, CA 94108-5530

Lending Club
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105-5839

Lyons, Doughty, Veldhuis PC
Five Greentree Center
525 Route 73 North Ste 400
PO Box 987
Marlton, NJ 08053-0987

Maryland Department of Transportation
Motor Vehicle Administration
6 St Paul St
Baltimore, MD 21202-6806

(p)MDOT MVA
6601 RITCHIE HIGHWAY
GLEN BURNIE MD 21062-1000

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
350 Camino De La Reina
San Diego, CA 92108-3007

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Office of Treasury of Harford County
220 S Main St
Bel Air, MD 21014-3820

State of MD Office of the Attorney Gen
200 St. Paul Place
Baltimore, MD 21202-5994

Steven Tessler, Esq.
1700 Reisterstown Rd Ste 212
Pikesville, MD 21208-2484

Synchrony Bank
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

Synchrony Bank
Po Box 71757
Philadelphia, PA 19176-1757

Synchrony Bank/HHGregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/HHGregg
Po Box 71757
Philadelphia, PA 19176-1757

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Po Box 71729
Philadelphia, PA 19176-1729

WEST 11 LLC
c/o Steven Tessler
2833 Smith Ave., #138
Baltimore, MD 21209-1426

West 11, LLC
c/o Eskin Law, LLC
1700 Reisterstown Rd, Ste 212
Pikesville, MD 21208-2484

Brian A. Tucci
Brian A. Tucci, Chapter 13 Trustee
P.O. Box 1110
Millersville, MD 21108-4110

Elizabeth Ann Strevig
424 Pylesville Rd
Pylesville, MD 21132-1333

William A Grafton
Grafton Firm, LLC
920 Providence Road
Ste 100
Towson, MD 21286-2976

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Central Collections Unit
300 W Preston Street
Baltimore, MD 21201

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411

EZ Pass MD
PO Box 17600
Baltimore, MD 21297

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Maryland Motor Vehicle Administration
6601 Ritchie Highway, N.E.
Glen Burnie, MD 21062

(d)PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 58 |
| Bypassed recipients | 0 |
| Total | 58 |